UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff

-vs-                                              No: 05-81072
                                              Hon. Lawrence P. Zatkoff

YUSEF DANOU,

                Defendant
_____/

## ORDER FOR SUBSTITUTION OF ATTORNEYS

At a session of said Court held in the City of Port Huron,
County of St. Clair, State of Michigan, on March _29, 2006

PRESENT:  HONORABLE LAWRENCE P. ZATKOFF
                    U.S. DISTRICT COURT JUDGE

Upon reading and filing of the attached Stipulation for Substitution of Attorneys, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that RICHARD M. LUSTIG shall be substituted for and on behalf of DAVID S. STEINGOLD, as attorney for the Defendant in the above cause of action. This substitution of attorneys shall not affect the current dates set by the Court for the sentencing of the Defendant, to wit: April 27, 2006, at 10:30 a.m.

IT IS SO ORDERED.

                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated: March 29, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 29, 2006.

                                                s/Marie E. Verlinde
                                               Case Manager
                                               (810) 984-3290